JOHN CONSALUS et al., Respondents, *v.* THOMAS H. MAGHEE et al., Appellants.

(Argued November 21, 1872; decided November 26, 1872.)

DECIDED upon the facts in the case; the court holding that various rulings as to rejection and reception of evidence claimed to be erroneous could not have affected the judgment.

*Charles Jones* for the appellants.

*E. F. Bullard* for the respondents.

Per CURIAM. Opinion for affirmance.
All concur.
Judgment affirmed.